Kenneth CHARRON, Appellant,

v.

Matt BLUNT, et al., Respondent.

No. WD 69997.

Missouri Court of Appeals, Western District.

May 19, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2009.

Appellant acting pro se.

Shaun J. Mackelprang and Stephen D. Hawke, Jefferson City, MO, for respondent.

Before Division One: JAMES E. WELSH, P.J., VICTOR C. HOWARD, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Kenneth G. Charron appeals the circuit court's dismissal of his declaratory judgment petition for failure to state a claim. In his petition Charron sought a declaration that the Department of Corrections should determine his parole eligibility without treating him as a prior and persistent offender as defined in § 558.016, RSMo 2000. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).